# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        **PLAINTIFF,**

**vs.**　　　　　　　　　　　　　　　　　　　　　　**CASE NO.** 19-40077-HLT

**DAMON BROWN,**
        **DEFENDANT.**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE

On or about July 19, 2019, in the District of Kansas, the defendant,

**DAMON BROWN**

knowingly and intentionally possessed with the intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance in violation of Title 21, United States Code, Section 841(a)(1) with reference to Title 21, United States Code, Section 841(b)(1)(B), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

August 21, 2019　　　　　　　　　　　*s/Foreperson*
DATE　　　　　　　　　　　　　　　　FOREPERSON OF THE GRAND JURY


  Skipper  Jacobs  #26848

for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]